# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 25, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

146510

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

BRIDGET MARIE TILLER,
        Defendant-Appellant.

SC: 146510
COA: 313126
Kalamazoo CC: 2011-000899-FH

_____/

      By order of April 1, 2013, the application for leave to appeal the December 14, 2012 order of the Court of Appeals was held in abeyance pending the decision in *People v Williams* (Docket No. 144762). On order of the Court, leave to appeal having been denied in *Williams*, 493 Mich 965 (2013), the application is again considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 25, 2013



Clerk

t0617